O

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01358 VAP (CWx)                                           Date: January 19, 2010

Title:   DAVID L. JAMES and BLANCHE M. JAMES -v- DEBRA G. BANKS; PILAR T. ALONZO; and DOES 1 to 20
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                                        None Present
Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR                     ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

   None                                                             None

PROCEEDINGS:   MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, RIVERSIDE COUNTY (IN CHAMBERS)

   On April 30, 2007, Plaintiffs David L. James and Blanche M. James (collectively, "Plaintiffs") filed a Complaint against Defendant Debra G. Banks ("Banks") in the Superior Court of California, Riverside County.  On July 3, 2008, Plaintiffs filed a First Amended Complaint ("FAC") adding as defendants Pilar T. Alonzo ("Alonzo") and Southwest Escrow Corporation ("Southwest").  Plaintiffs later added American Mortgage Servicing Inc. (erroneously sued as American Home Mortgage Servicing Inc.) ("AHMSI") and AHMSI Default Services, Inc. ("ADSI") as DOE defendants to the First Amended Complaint.  On June 19, 2009, Plaintiffs field a Second Amended Complaint ("SAC") against Defendants Banks, Alonzo, and AHMSI, thereby dismissing from the action Defendants Southwest and ADSI.  In the SAC, Plaintiffs asserted for the first time a cause of action against AHMSI for violation of the Truth in Lending Act ("TILA").  (<u>See</u> SAC ¶¶ 36-41.)  On July 17, 2009, Defendant AHMSI removed the action to this Court on the basis of federal question

**EDCV 09-01358 VAP (CWx)**
**DAVID L. JAMES and BLANCHE M. JAMES v. DEBRA G. BANKS, et al**
**MINUTE ORDER of January 19, 2009**

jurisdiction, 28 U.S.C. § 1331.  (See Not. of Removal ¶ 4.)  Defendants Banks and Alonzo did not join in the removal and do not appear to have been served.  On August 3, 2009, Plaintiffs dismissed Defendant AHMSI.

　　　The only basis for federal jurisdiction was Plaintiffs' seventh cause of action for TILA violations against AHMSI.  As AHMSI is no longer a party, the basis for federal jurisdiction no longer exists.  Accordingly, the Court REMANDS the action to the Superior Court of California, Riverside County.

　　　**IT IS SO ORDERED.**